**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| KRISTEN WHITE<br><br>Plaintiff,<br>v.<br><br>ASSUMPTION UNIVERSITY and<br>GREGORY S. WEINER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 4:26-cv-40200 |

# NOTICE OF APPEARANCE

Please enter the appearance of Timothy P. Van Dyck as counsel for Defendants Assumption University and Gregory S. Weiner in the above-captioned matter.

Respectfully Submitted,

ASSUMPTION UNIVERSITY and
GREGORY S. WEINER,

By Its Attorneys,

Timothy P. Van Dyck (BBO #548347)
BOWDITCH & DEWEY, LLP
75 Federal Street, Suite 1000
Boston, MA 02110
Telephone: 617-757-6500
E-mail: tvandyck@bowditch.com

Date: August 19, 2026

**CERTIFICATE OF SERVICE**

I, Timothy P. Van Dyck, hereby certify that I have served a copy of the foregoing on the following by first class mail and email, this 19th day of August 2026, to:

Maureen A. Carroll, Esq.
Rudolf, Smith, Griffis & Ruggieri
446 Main Street, Suite 1503
Worcester, MA 01608
carroll@rgrmlaw.com

______________________________

Timothy P. Van Dyck