**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| KRISTEN WHITE<br><br>Plaintiff,<br>v.<br><br>ASSUMPTION UNIVERSITY and GREGORY S. WEINER,<br><br>Defendants. | ) | Civil Action No. 4:26-cv-40200 |

**<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Assumption University hereby discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent corporation and that no publicly held company owns ten percent (10%) or more of its stock.

Respectfully submitted,

ASSUMPTION UNIVERSITY,
By Its Attorneys,

*/s/ Benjamin J. Hinks*

Timothy P. Van Dyck (BBO #548347)
Benjamin Hinks (BBO #706662)
BOWDITCH & DEWEY, LLP
75 Federal Street, Suite 1000
Boston, MA 02110
Telephone: 617-757-6500
E-mail: tvandyck@bowditch.com
bhinks@bowditch.com

Dated: August 19, 2026

**CERTIFICATE OF SERVICE**

I, Benjamin J. Hinks, hereby certify that I have served a copy of the foregoing on the following by first class mail and email, this 19th day of August 2026, to:

Maureen A. Carroll, Esq.
Rudolf, Smith, Griffis & Ruggieri
446 Main Street, Suite 1503
Worcester, MA 01608
carroll@rgrmlaw.com

*<u>/s/ Benjamin J. Hinks</u>*
Benjamin J. Hinks